### Rosario A. FIORANI, Jr., Plaintiff—Appellant,

v.

**Albert J. LOWRY, Personally, and as agent for Imperial Financial Services, Incorporated, Previously EAI and ES, L.L.C.; Bradley Louis Booke, Esquire, Defendants—Appellees.**

No. 07–1019.

United States Court of Appeals, Fourth Circuit.

Submitted: July 25, 2007.

Decided: Aug. 16, 2007.

Rosario A. Fiorani, Jr., Appellant Pro Se.

Before NIEMEYER, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rosario A. Fiorani, Jr., appeals the district court's order dismissing his civil complaint. In his informal and supplemental briefs on appeal, Fiorani failed to address the district court's conclusion that his action was barred by the doctrine of res judicata. Accordingly, Fiorani has waived appellate review of that issue. *See* 4th Cir. R. 34(b) ("The Court will limit its review to the issues raised in the informal brief."). Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*